# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1004

_____

ALVIN LEWIS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

April 10, 2024

PER CURIAM.

The Court denies the petition for writ of certiorari on the merits.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Alvin Lewis, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.